The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER CONRY, <br><br> Defendant. | NO.   MJ21-0500-SKV <br><br> GOVERNMENT'S NOTICE OF APPEARANCE |

The United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Lyndsie R. Schmalz, Assistant United States Attorney for said District, hereby submits this Notice of Appearance in the above-referenced matter.

///

///

///

Government's Notice of Appearance - 1
*U.S. v. Alexander Conry, MJ21-0500 SKV*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to AUSA Lyndsie R. Schmalz as follows:

> LYNDSIE R. SCHMALZ
> Assistant United States Attorney
> 700 Stewart Street, Suite 5220
> Seattle, Washington  98101-1271
> Telephone: (206) 553-2687
> E-mail: Lyndsie.R.Schmalz@usdoj.gov

Dated this 8th day of September, 2021.

> Respectfully submitted,
> TESSA M. GORMAN
> Acting United States Attorney
>
> *s/ Lyndsie R. Schmalz*
> LYNDSIE R. SCHMALZ
> Assistant United States Attorney
> 700 Stewart Street, Suite 5220
> Seattle, Washington  98101-1271
> Telephone: (206) 553-2687
> E-mail: Lyndsie.R.Schmalz@usdoj.gov

Government's Notice of Appearance - 2
*U.S. v. Alexander Conry, MJ21-0500 SKV*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970