The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ21-500 |
| Plaintiff, | |
| v. | DEFENDANT'S EXHIBIT FOR DETENTION HEARING |
| ALEXANDER CONRY, | |
| Defendant. | |

Defendant, Alexander Conry, by his attorney, Christopher Black, submits the attached exhibit (letters of support) in advance of his detention hearing in this matter, scheduled before the Honorable Mary Alice Theiler for Monday, September 13, 2021 at 3:30 p.m.

Dated this 13th day of September, 2021.

Respectfully submitted,

BLACK & ASKEROV, PLLC

s/ Christopher Black
Christopher Black
Attorney for Alexander Conry
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:      206.623.1604
Fax:          206.658.2401
Email:       chris@blacklawseattle.com

DEFENDANT'S EXHIBIT FOR DETENTION
HEARING (*Alexander Conry*; No. MJ21-500) - 1