# Exhibit 1

The Honorable Judge Mary Ellis Theiler,

My name is Edwin Conry, and I'm Alexander Conry's father. I am writing to provide insight into who my son is.

Alex was born and raised in Seattle. Alex graduated from Seattle Pacific University with a Bachelor of Science degree- Exercise Science in 2010. He has been steadily employed at Boeing since graduating and has plans to purchase a condo and remain in Seattle. Alex was raised to be respectful and kind to others and everyone who meets him sees his good character. He is a member of Leif Erikson Lodge in Seattle where his mom and I are board members. Alex is very proud of his Norwegian heritage.

Alex enjoys snowboarding in the winter and paddle boarding in the summer. He goes hiking and camping throughout the summer. We have a Father's Day tradition of going on a hike in the Cascades and then having a nice dinner that evening. Alex lives near us and we often will get together for dinners. He is a good cook and makes some very nice vegan dishes. He is very health oriented. He has many good qualities. The only worry I have, is his childlike gullibility.

We receive many compliments on what a fine man Alex is.
He is my only child and I love him and I'm proud to be his father.

Respectfully,

*Edwin L. Conry III*
Edwin Conry

The Honorable Judge Mary Alice Theiler,

I am Sandra Conry, Alexander Conry's mother. I am writing to tell you about my son. His father, Ed and I love him very much. Alex is our only child.

He is a kind, thoughtful, hard working man. He has a B.S. degree in Exercise Science from Seattle Pacific University. He loves snowboarding, hiking, bicycling, and paddle boarding. He is a vegan and lives a very healthy lifestyle. He is very spiritual and loves nature. He loves his job at Boeing and has been there about 10 years. Before that he put his way through college as a bicycle mechanic at Gregg's Cycle.

Alex has lived in Seattle since he was born. He lives nearby and is always available to help us when needed. I recently retired and Ed is soon to retire, Alex picks up the slack in things we are unable to do anymore.

He has always made us very proud. My only concern is I feel he is very naïve for his age. He's never caused us any problems. He is the joy of our lives. I get so many compliments from friends and family on what a remarkable man he is. Those words are music to a mother's ears. Since there's only the 3 of us in our small family we are very close. He is a gift from God to us.

Thank you for your time and getting to know Alexander Conry.

*Sandra L. Conry*

Sandra Conry