## Magistrate Judge Clerks ▸ Passports & IDs: CONRY, ALEXANDER SHELTON

| Field | Value |
|---|---|
| Office | Seattle |
| Defendant Name | CONRY, ALEXANDER SHELTON |
| Received From | EDWIN CONRY |
| Date | 9/14/2021 |
| Case # | 21-MJ-500-SKV |
| Item type? | Passport or identification |
| Item | U.S. Passport |
| Quantity | 1 |
| Passport # | ▉▉▉▉▉▉▉ |
| Expiration Date | |
| Judgment Date | |
| Notice of Intent | |
| Order Release | |
| Returned to | |
| Return Date | |
| Picked up? | |
| Certified Mail # | |
| Comments/Events | |
| First Letter Index | C |
| Audit | |
| Received by Mag Team? | Yes |
| Fugitive? | No |
| Receipt Number | |
| Label | |
| Barcode | |
| 30 day notice | |
| Inventory date | |
| Inventoried by: | |
| Inventory Notes | |

Version: 2.0
Created at 9/14/2021 10:58 AM by Sherri Tye
Last modified at 9/16/2021 12:24 PM by Kadya Peter

Magistrate Judge Clerks ▸ Passports & IDs: Conry, Alexander

| | |
|---|---|
| Office | Seattle |
| Defendant Name | Conry, Alexander |
| Received From | Edwin Conry |
| Date | 9/15/2021 |
| Case # | 21-mj-500 |
| Item type? | Passport or identification |
| Item | 2 US Passports and 1 expired enhanced drivers license |
| Quantity | 3 |
| Passport # | ███████████████ |
| Expiration Date | 6/10/2019 |
| Judgment Date | |
| Notice of Intent | |
| Order Release | |
| Returned to | |
| Return Date | |
| Picked up? | |
| Certified Mail # | |
| Comments/Events | 3 documents filed. Spoke with KP on entering 1 receipt for 3 Expired items. See abov[e] and WA Enhanced Driver's License numbers and expiration dates. |
| First Letter Index | C |
| Audit | |
| Received by Mag Team? | Yes |
| Fugitive? | No |
| Receipt Number | |
| Label | |
| Barcode | |
| 30 day notice | |
| Inventory date | |
| Inventoried by: | |
| Inventory Notes | |

Version: 2.0
Created at 9/15/2021 11:33 AM by Shelly Galletch
Last modified at 9/16/2021 12:24 PM by Kadya Peter

**Magistrate Judge Clerks** ▸ **Passports & IDs: Conry, Alexander Shelton**

| | |
|---|---|
| Office | Seattle |
| Defendant Name | Conry, Alexander Shelton |
| Received From | Ed Conry (Father) |
| Date | 9/16/2021 |
| Case # | 2:21-mj-00500-SKV-1 |
| Item type? | Other documents |
| Item | 1 |
| Quantity | 1 |
| Passport # | ███████ |
| Expiration Date | 8/19/2026 |
| Judgment Date | |
| Notice of Intent | |
| Order Release | |
| Returned to | |
| Return Date | |
| Picked up? | |
| Certified Mail # | |
| Comments/Events | Global Entry Card |
| First Letter Index | C |
| Audit | |
| Received by Mag Team? | Yes |
| Fugitive? | No |
| Receipt Number | |
| Label | |
| Barcode | |
| 30 day notice | |
| Inventory date | |
| Inventoried by: | |
| Inventory Notes | |

Version: 2.0
Created at 9/16/2021 11:25 AM by Rachel Evans
Last modified at 9/16/2021 1:19 PM by Kadya Peter