UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER CONRY,<br><br>Defendant. | No. MJ21-500<br><br>DECLARATION REGARDING LOST PASSPORT |

I, Alexander Conry, declare the following to be true under penalty of perjury. I have turned in to the Clerk of the Court my current United States Passport as well as expired United States Passports. I have one or two additional expired United States Passports, which I have searched for and cannot find. They are lost. I do not possess any other passports, expired or not.

Signed at Seattle, Washington this 17 day of September, 2021.

_____
Alexander Conry

DECLARATION REGARDING LOST PASSPORT
(*Alexander Conry*; No. MJ21-500) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Respectfully submitted this 18th day of September, 2021.

          BLACK & ASKEROV, PLLC

          _____
          Christopher Black
          Attorney for Alexander Conry
          705 Second Avenue, Suite 1111
          Seattle, WA  98104
          Phone:     206.623.1604
          Fax:       206.658.2401
          Email:     chris@blacklawseattle.com

DECLARATION REGARDING LOST PASSPORT
(*Alexander Conry*; No. MJ21-500) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401